

FILED

05/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0707

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0707

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JUSTIN PHILLIP HOOVER,

     Defendant and Appellant.

FILED

MAY 08 2020

Bowen Greenwood
Clerk of Supreme Cou
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 12, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 8th day of May, 2020.

Chief Justice